[No. 27345-1-I.  Division One.  January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH LAMONTE RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02104-8, Carmen Otero, J., entered November 19, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 26966-6-I.  Division One.  January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERYL FAY HERBERT-BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06763-0, Carol A. Schapira, J., entered September 7, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.

[No. 30626-0-I.  Division One.  January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KODY JASON FRITZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-01763-8, George T. Mattson, J., entered April 27, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Pekelis, JJ.